UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 17-Mj-03243-JG

UNITED STATES OF AMERICA

vs.

ALEJANDRO RUBIO LOPEZ, ET AL.,

        **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

BY: _____
        TIMOTHY J. ABRAHAM
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 114372
        99 N. E. 4th Street
        Miami, Florida   33132-2111
        TEL:  (305) 961-9438
        FAX:  (305) 536-7213
        E-Mail:  Timothy.Abraham2@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Alejandro Rubio Lopez, et al.,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17-MJ-03243-JG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 12, 2017** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. 70503(a)(1) and 70506(b) | On board a vessel subject to the jurisdiction of the United States, with the Southern District of Florida being the district at which the defendants first entered the United States, conspiracy to possess with intent to distribute a controlled substance, that is, a mixture and substance containing five (5) kilograms or more of cocaine. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Kelly Cavey, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/01/2017

_____
*Judge's signature*

City and state: Miami, Florida

Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kelly Cavey, being first duly sworn, do depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since August 2016. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the FBI Miami Division, Homestead Resident Agency. I have received training on proper investigative techniques and have participated in numerous investigations.

2. This Affidavit is submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint against ALEJANDRO RUBIO LOPEZ, JACINTO ANDRES TOFINO GUERRERO, JOHNNY ENRIQUE ANCHUNDIA LUCAS, and ANTONIO SANTO QUIMIS CALI, for knowing and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). The facts contained in this Affidavit are based on my personal knowledge, as well as information obtained from other law enforcement personnel, and other witnesses. This Affidavit does not contain every fact known to law enforcement, but only those required for finding a probable cause.

3. On August 12, 2017, while on routine patrol in the Eastern Pacific Ocean, United States Coast Guard Cutter (USCGC) STRATTON (STR) received a report from a maritime patrol aircraft (MPA) of a target of interest (TOI) dead in the water (DIW) approximately 600 nautical miles northwest of the Galapagos Islands in international waters. USCGC STR launched their

helicopter to investigate and upon the helicopter's arrival, the TOI dropped its engines and prepared to get underway. USCGC STR's helicopter did not observe any indicia of nationality but did observe packages on deck and then observed the TOI jettisoning packages. USCGC STR helicopter conducted warning shots and disabling fire into the only working engine of the vessel. USCGC STR's long range interceptor (LRI) vessel recovered one bale from the water and then gained positive control of the TOI. The LRI identified four persons on board the TOI. The Coast Guard's investigation yielded no indicia of nationality, no master of the vessel and no claim of nationality for the vessel. USCG STR was authorized to treat the vessel without nationality and therefore subject to the jurisdiction of the United States. The Coast Guard boarded the vessel and identified three Ecuadorian citizens and one Mexican citizen, who were treated as detainees. A second USCGC vessel (OTH) recovered 51 bales, totaling approximately 1275 kilograms from the jettison field, which subsequently field tested positive for cocaine.

4.      The four persons on board the vessel were subsequently identified as ALEJANDRO RUBIO LOPEZ, JACINTO ANDRES TOFINO GUERRERO, JOHNNY ENRIQUE ANCHUNDIA LUCAS, and ANTONIO SANTO QUIMIS CALI. On August 31, 2017, the USCG transferred custody of these four persons to United States law enforcement officers. On that same date, these four persons were brought to the Southern District of Florida where they first entered the United States.

5.  Based on the foregoing facts, I submit that probable cause exists to believe that ALEJANDRO RUBIO LOPEZ, JACINTO ANDRES TOFINO GUERRERO, JOHNNY ENRIQUE ANCHUNDIA LUCAS, and ANTONIO SANTO QUIMIS CALI, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute five kilograms or more of cocaine, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KELLY CAVEY
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to me and subscribed before me this ____ day of September, 2017 at Miami, Florida.

_____
THE HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

3